IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

AZAEL DYTHIAN PERALES,

                Plaintiff,        JUDGMENT IN A CIVIL CASE

v.                                        12-cv-243-wmc

UNITED STATES OF AMERICA, et al,

                Defendants.

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered denying plaintiff Azael Dythian Perales leave to proceed *in forma pauperis* and dismissing this case with prejudice.

_____        10/4/12
Peter Oppeneer, Clerk of Court                     Date